AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>SAJAY COLE and<br>ALICIA MURDOCK,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>25-mj-8736-WM |

FILED BY ___SW___ D.C.
Dec 8, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 2024 to December 7, 2025   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1709 | Theft of mail matter by employee (COLE) |
| 18 U.S.C. 1708 | Theft of mail matter (MURDOCK) |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Kevin Tatton, U.S. Postal Service, Office of Inspector General ("USPS-OIG").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Tatton, Special Agent, USPS-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: 12/08/2025

City and state:   West Palm Beach, Florida       William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Kevin Tatton (the Affiant), been duly sworn, depose and state as follows:

1. I am a Special Agent with the U.S. Postal Service, Office of Inspector General ("USPS-OIG"), currently assigned to the West Palm Beach Field Office. As a Special Agent with the USPS-OIG, my investigations focus on mail fraud investigations, and theft or interference with US Mail. I have been employed by the USPS-OIG since January 2007. Prior to my current position, I was employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS").

2. As an OIG Special Agent, and former Postal Inspector, I have over 22 years of Federal Law Enforcement experience. I have been involved with numerous fraud, theft, and dangerous mail investigations. I possess a Bachelor of Science degree in criminal justice from Florida International University and was trained at the USPIS Academy Potomac, MD. This academy training includes seeking and executing search warrants, completing criminal investigations, and participating in legal proceedings.

3. During my career, I have made numerous arrests, written and executed search warrants, testified in state and federal proceedings, and conducted undercover operations. I have used and am familiar with various types of investigative techniques, including electronic surveillance and undercover operations. I have participated in physical surveillance operations and conducted interviews of numerous individuals involved in the crimes which I have investigated.

4. The facts set forth in this affidavit are based on my personal knowledge; information obtained from others involved in this investigation, including other law enforcement officers; my review of documents; and information gained from training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth

1

only those facts I believe are necessary to establish probable cause to believe that from in or around March 2024, through on or about December 7, 2025, SAJAY COLE, an employee of the U.S. Postal Service, committed the crime of theft of mail by a U.S. Postal Employee, in violation of 18 U.S.C. § 1709, and on or about December 7, 2025, ALICIA MURDOCK committed the crime of theft of mail, in violation of 18 U.S.C. § 1708.

## PROBABLE CAUSE

5. In May 2023, a janitor employed at the West Palm Beach Processing and Distribution Center ("WPBPDC") noticed rifled-through mail in the trash can in the men's bathroom. The WPBPDC processes all incoming and outgoing mail for Palm Beach and Martin Counties. The trash contained seventeen opened envelopes sent from Capital One, a credit card company, with only paper inserts remaining in the envelope. The janitor reported his discovery to postal management, who then notified me. The janitor also provided the seventeen envelopes from the trash bag.

6. Using the U.S. Postal Service ("USPS") In-Plant support, I was ultimately able to identify the destination addresses of the seventeen Capital One envelopes. All seventeen were destined for Port Saint Lucie, Florida. Notably, none of the seventeen envelopes had been scanned or processed as expected in the mail stream, which led me to conclude an employee had removed them from the mail stream. I contacted a fraud investigator at Capital One and gave him the addresses. Based on the information I provided, the Capital One investigator confirmed that each of the seventeen envelopes had contained new credit cards being delivered to the addressee customer. Those credit cards were no longer in the envelopes. After identifying the stolen items, no suspects were identified at the time.

7.     Over the summer and fall of 2023, USPS-OIG started to receive complaints of stolen credit cards that were supposed to be delivered to customers in Palm Beach and Martin Counties. I compiled the information and noticed the common denominator was they were being processed in Palm Beach County at the WPBPDC, but still had no suspects identified at time.

**Anonymous Tips- Identification of Target SAJAY COLE**

8.     On November 24, 2023, a U.S. Postal Inspector in West Palm Beach, Florida relayed an anonymous tip from Crime Stoppers of Palm Beach County. The anonymous tipster had reported to the Postal Inspector that a few workers steal mail in the mailroom every weekend. The anonymous tipster explicitly named SAJAY COLE ("COLE") as one of the employees involved.

9.     On March 17, 2024, an anonymous tipster reported to the USPS-OIG hotline that Sajay COLE likes to steal credit cards and checks from ATU #1. At the USPS, "ATU" is a commonly used acronym for "Automatic Tray Unsleever," which is a machine that removes the cardboard sleeves and straps from trays containing multiple pieces of mail. The tipster identified him/herself as a postal employee. Based on that complaint, USPS-OIG installed covert surveillance cameras at critical places within the WPBPDC, especially at the ATU.

10.    On October 22, 2024, another anonymous tipster reported to the USPS-OIG hotline that SAJAY COLE is stealing mail on Saturdays and Sundays, but mostly on Sundays, when he dispatches mail on the dock. The tipster reported that COLE hides mail in a trailer between bay 18 and 16. The tipster further reported that COLE goes on the trailer, sorts through the mail, and takes checks and credit cards. Finally, the tipster reported that COLE is unsupervised while dispatching the mail.

11. COLE is a USPS employee assigned as a mail handler at the WPBPDC. COLE has been an employee of the USPS since March 2022. He was initially a mail handler assistant, and in August 2023, became a mail handler. As a mail handler, his functional purpose is to load, unload, and move bulk mail at the WPBPDC. Among his duties, he removes bulk mail from trucks and organizes that mail for further processing. Because of these duties, he has access to large quantities of mail. In performing his duties, he has access to the Automatic Tray Unsleever.

### Credit Card Companies – Losses

12. Over the course of this investigation, I have amassed information beyond the initial reports of theft of credit cards described above in paragraph 7. In February 2024, the Financial Crimes Investigations unit of Wells Fargo Bank ("Wells Fargo") reported to USPS-OIG that approximately 151 credit cards had not been received by the addressee customer, with losses totaling over $500,000. The credit cards were primarily intended for victim customers residing in Palm Beach County, Florida and had been shipped via the USPS to the WPBPDC.

13. After I realized the extent of the losses suffered by Wells Fargo, I contacted Bank of America. Bank of America also reported similar losses for credit cards not received by victim-customers who reside in Palm Beach and Martin Counties. Bank of America reported a total loss of $140,966.

14. Wells Fargo Bank used USPS Intelligent Mail Barcode ("IMB") scans to obtain tracking data related to the lost shipments. When a piece of mail passes through USPS automated mail processing equipment, it reads the IMB and generates an operation code, which is captured electronically and can generate the history of that piece of mail's journey through the mail stream. Of the 151 pieces of mail not received by Wells Fargo customers, 131 had no tracking data available from the IMB scans, which means they did not pass through any USPS automated mail

4

processing equipment. This indicates that these pieces of mail were removed from the mail stream prior to processing, which leads me to believe an employee was involved in their theft.

15. Prior to Wells Fargo credit cards being shipped to the WPBPDC, the credit cards go through a manufacturing process at Fiserv, a personalization facility that places card holder information on the plastic cards themselves. When completed, the credit cards are placed into envelopes with USPS IMBs, packed into mail trays, then shrink-wrapped onto a pallet. Shrink-wrap is an industrial packaging technique used to secure freight items to a pallet for shipment. It involves wrapping many layers of thin, stretchable plastic around the freight items and pallet. The pallets are then transported by a truck to the WPBPDC and are received at the WPBPDC in the same condition.

16. Ultimately, based on the anonymous tips and the information received from multiple credit card companies, I identified Sajay COLE as the lead suspect responsible for these credit card thefts. Since fall of 2024, I have been surveilling COLE to determine his actions while on duty. I have reviewed numerous hours of WPBPDC surveillance videos that corroborate the complaints about COLE.

17. Initially, I observed COLE appearing to act in concert with other employees. My review of WPBPDC surveillance videos shows the general operation methods of COLE and his counterparts. Their collaborative actions are consistent with employees stealing mail. COLE and his counterparts operate in a location where mail, if stolen, would not receive any IMB codes. They typically operate on Sundays, a day when there are fewer employees and, more importantly, fewer supervisors present. COLE uses a forklift to put a pallet of shrink-wrapped mail trays, most likely containing First-Class Letter mail, inside of a semi-trailer. Another employee enters the semi-trailer holding a lunch-box type cooler. COLE closes the dock sliding door which the semi-trailer

is backed into, allowing the employee to be inside the semi-trailer without being seen. After approximately one hour, COLE opens the dock sliding door, allowing the employee to exit the semi-trailer with the cooler and walk away. COLE then removes the pallet from the semi-trailer in a depleted condition (numerous trays are missing). The shrink-wrap is in a tampered condition.

18. COLE also operates by himself, and since approximately July 21, 2025, COLE appears to be conducting the mail theft operation at the WPBPDC by himself. From my review of WPBPDC surveillance videos and my own surveillance at the WPBPDC over the course of multiple Sundays, I have observed COLE's general operation when he is by himself. COLE brings a shrink-wrapped pallet full of sleeved/strapped trays[1] to an isolated area other than to the Automatic Tray Unsleever staging area, where pallets should be staged. COLE removes numerous trays from the pallet and places them into a General Purpose Cart. COLE puts the General Purpose Cart, along with several large cardboard boxes, into a semi-trailer via a forklift. While COLE is inside the semi-trailer, he frequently comes out and looks around, as if he is making sure nobody is around. COLE leaves the semi-trailer door open, but I can see that it is dark and unlit inside. It appears COLE periodically uses a flashlight, as periodically I can observe the reflection of the light within.

19. These actions are in violation of the procedures that COLE must follow in performing his job duties. Shrink-wrapped pallets containing First-Class letter mail, if handled correctly, are brought to the Automatic Tray Unsleever staging area, where a Mail Handler removes the trays from the pallet and places them on the Automatic Tray Unsleever for further processing.

---

[1] These trays match the general description of the shrink-wrapped pallets I described above containing credit cards, which are typically shipped via First Class Mail.

**Plantation Police Department Interdiction**

20. On July 21, 2025, the Plantation Police Department ("PPD"), Florida was independently conducting outbound parcel interdiction at a FedEx HWO Facility in Plantation, Florida. A FedEx HWO facility is a FedEx office or ship center which offers a range of services, including shipping and packing supplies and services. A parcel was selected from the conveyer belt that had indicators that were consistent with previous seizures of illicit parcel shipments. The parcel was being shipped to New York. Law enforcement identified the shipper of the parcel as A.S. At this time, PPD did not open the parcel. PPD called A.S. via the number listed for the shipper. A.S. answered and identified herself. After PPD explained the reason for the call, A.S. disconnected the call. PPD tried to call A.S. back, but she did not answer. PPD also sent a text message to A.S., with no response.

21. A few moments later, PPD received a call from phone number (201) ***-1052. This phone number is listed as one of COLE's numbers per USPS employee records. An unidentified male stated, "I got a missed call from this number." PPD did not, in fact, call that number, so PPD concluded it was related to the parcel. PPD explained PPD did not call the number. The male then stated, "Well who is this?" After the officer identified herself as law enforcement, the male stated, "No I have the wrong number." The call was then disconnected.

22. PPD obtained a state search warrant for the parcel and executed the search warrant on July 22, 2025. The parcel contained 127 pieces of mail containing Capital One credit cards and 301 pieces of mail containing AMEX credit cards. All pieces of mail were destined for Palm Beach County, FL, meaning the credit cards originated from the WPBPDC, COLE's place of work.

23. I also obtained surveillance videos from a Federal Express (FedEx) facility located in Riviera Beach, Florida. Surveillance videos show COLE and counterparts conducting shipment

7

transactions. The FedEx shipments are typically on a Monday, the day after COLE and his counterparts conduct their operation at the WPBPDC. The shipments are destined for numerous states and generally arrive to their destinations the next day.

24. Credit card loss data from Wells Fargo shows a general correlation with the FedEx shipments: the West Palm Beach-bound credit cards are fraudulently used in the general vicinity of the FedEx shipment destinations and are used within several days of the FedEx shipment delivery date.

**October 26, 2025**

25. On October 26, 2025, a Sunday, I personally conducted surveillance with other law enforcement officers at the WPBPDC. COLE began his shift at 3:30 P.M. Around 5:00 P.M., I observed COLE use a forklift to maneuver a shrink-wrapped pallet in an isolated area where the pallet should not have been. Had COLE been following the proper procedure for the shrink-wrapped pallet, it would have been in a different area being prepared for the Automatic Tray Unsleever operation.

26. COLE removed the shrink wrap from the pallet while making furtive glances. COLE then put the cardboard-sleeved trays, tied with plastic straps, into a General Purpose Cart, which he then loaded onto a fork lift, then placed another cardboard box on a pallet on top. COLE then drove these items into a semi-trailer backed into the loading area at Dock 17. He stayed inside for approximately forty minutes. If he were performing his proper duties, he would only have loaded the cart and been out of the truck moments later.

27. After emerging from the semi-trailer, COLE then drove the forklift carrying material concealed from my vision outside to the dock. Another USPS-OIG Special Agent was conducting surveillance at the dock area and observed COLE make three separate trips to his car

while carrying what appeared to be a heavy bag. COLE had parked in the customer parking lot in the western-most parking space, which is the closest available space to the loading dock. This loading dock is accessible by the public, as it is not behind any restricted barriers. In the normal course of his duties, COLE should not be present at that dock during working hours.

28. After taking the bag to his car on each trip, the USPS-OIG agent observed that the bag appeared notably lighter as COLE carried it back into the WPBPDC. Around 8 P.M., while COLE was still on duty, the USPS-OIG Special Agent observed COLE leave the facility in his vehicle and drive to a nearby 7-11 convenience store on Summit Boulevard in West Palm Beach, Florida. After waiting for approximately half an hour, another vehicle arrived, and COLE appeared to transfer items from his car to the other vehicle.

### December 7, 2025

29. On December 7, 2025, law enforcement conducted surveillance of COLE at the WPBPDC. I personally observed COLE remove the sleeves and straps from mail trays on the dock. COLE then brought the mail trays into a semi-trailer and the lights were off in the semi-trailer. I observed what appeared to be reflections of a flashlight inside the semi-trailer. COLE continued to do his normal operation activities.

30. At approximately 8:03 P.M., I observed a dark-colored sedan approach the dock in front of the Bulk Mail Acceptance Unit. COLE approached the vehicle two separate times to do hand-offs of suspected stolen mail. Following the second hand-off, COLE returned to the dock, and the vehicle began to depart. Law enforcement had eyes on the vehicle at all times after COLE twice approached the vehicle. At 8:08 P.M., law enforcement stopped the vehicle as it was leaving. Upon seeing the blue lights, COLE tried to depart the WPBPDC facility, but law enforcement

apprehended him at his own vehicle. COLE and the driver of the vehicle, later identified as Alicia MURDOCK, were placed into custody.

31. A search of the vehicle was conducted and the following items were found: approximately 352 sealed pieces of mail, believed to be credit cards, checks, and letters, all addressed to other people in the front passenger area of the vehicle. In the trunk of the vehicle, law enforcement found eight credit-card-related mailings addressed to other people but no longer in an envelope.

32. At 8:15 PM, MURDOCK agreed to be interviewed by Agents following her *Miranda* warnings. MURDOCK stated that she knows COLE from their prior relationship, and they have a one-year-old daughter together. MURDOCK stated that she was instructed by COLE to bring lunch. It should be noted no lunch was located in the vehicle at the time of the search. MURDOCK stated COLE provided her items from inside the Post Office that she was supposed to deliver to an unknown person at a nearby gas station. MURDOCK stated she did not know the person she was supposed to deliver the items to, and she did not admit that she knew what the items were that she was provided. However, MURDOCK admitted that the items she was provided were things that COLE probably should not have had. MURDOCK could not provide the details

of the person she was supposed to meet because law enforcement interrupted their conversation.

MURDOCK admitted to transporting items for COLE on previous occasions.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Kevin Tatton
Special Agent
USPS-OIG

Subscribed and sworn to before me
this 8th day of December, 2025.

_____
HON. WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SAJAY COLE

**Case No**: 25-mj-8736-WM

Count #: 1

Theft of mail matter by an employee of the U.S. Postal Service

18 U.S.C. § 1709
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 or twice the gross gain or loss, whichever is greater

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ALICIA MURDOCK

**Case No**: 25-mj-8736-WM

Count #: 1

Theft of mail matter

18 U.S.C. § 1708
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000 or twice the gross gain or loss, whichever is greater

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-8736-WM

### BOND RECOMMENDATION

DEFENDANT: SAJAY COLE

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Alexandra Chase

Last Known Address: Fort Lauderdale, Florida

What Facility: _____

Agent(s):   Kevin Tatton, USPS-OIG
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-8736-WM

### BOND RECOMMENDATION

DEFENDANT: ALICIA MURDOCK

$150,000 Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Alexandra Chase

Last Known Address: Lake Park, Florida

What Facility: _____

Agent(s): Kevin Tatton, USPS-OIG
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)